IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01982-LTB

LATOYA L. ADAMS,

    Plaintiff,

v.

JEFFERSON COUNTY HOUSING AUTHORITY,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 28, 2024, it is hereby

ORDERED that Judgment is entered in favor of the Defendant and against Plaintiff.

DATED at Denver, Colorado, this 28TH day of August, 2024.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Phillips,
            Deputy Clerk